UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             2:01-cr-15-FtM-29DNF

DONALD F. REAGAN
_____

**ORDER**

     This matter comes before the Court on defendant's Motion for Remedy (Doc. #109), filed on March 21, 2006.  Defendant seeks a hearing and a ruling that the forfeiture provision of the plea agreement satisfies the restitution portion of his Judgment.  This is not the first time that defendant has sought relief on this basis.  <u>See</u> Eleventh Circuit Court of Appeals opinion issued as mandate on March 13, 2006 (Doc. #108, pp. 3-4).

     On January 14, 2004, the Court entered an Order (Doc. #87) denying defendant's Motion for Specific Performance and Emergency Motion for Cease and Desist Order stating that "it is unreasonable to read this sentence [of the Plea Agreement] to mean that <u>any</u> forfeiture would satisfy <u>all</u> restitution obligations."  (Doc. #87, p. 3)(emphasis in original).  Defendant filed a Notice of Appeal on January 20, 2004, and the Eleventh Circuit Court of Appeals vacated and remanded in part and affirmed in part the Order (Doc. #87).  (Doc. #101).  On June 9, 2005, the Court issued an Order (Doc. #102) vacating in part the January 14, 2004, Order to dismiss the Motion for Specific Performance for lack of jurisdiction.

For the reasons articulated by the Eleventh Circuit Court of Appeals in the opinion issued as mandate on June 6, 2005, the motion will be dismissed for lack of jurisdiction.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Remedy (Doc. #109) is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of March, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Defendant